IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **TRACEY DUMAS, ET AL.** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 5:06-cv-00042 TJW |
| vs. | § | |
| | § | |
| **JANSSEN PHARMACEUTICA, L.P.** | § | |
| | § | |
| Defendant. | § | |

## UNOPPOSED MOTION TO DISMISS
## CERTAIN PLAINTIFFS ONLY

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, TRACEY DUMAS and ROBERT REED, Plaintiffs herein, and Defendant, Janssen Pharmaceutica, L.P., ("Defendant") filing this Unopposed Motion to Dismiss under Fed. R. Civ. P. 41(a):

**I.**

Plaintiffs filed suit against Defendant on March 1, 2006. These Plaintiffs now move to dismiss the case without prejudice. Defendant has agreed to this dismissal.

**II.**

This action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

Date: April 30, 2007

By: *Erin K. Corley*
    Kenneth T. Fibich
    Texas State Bar No. 06952600
    Erin K. Corley
    Texas State Bar No. 24028157
    FIBICH, HAMPTON, LEEBRON, L.L.P.
    Five Houston Center

2

        1401 McKinney, Suite 1800
        Houston, Texas 77010-9998
        Phone: (713) 751-0025
        Fax: (713) 751-0030
        **ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF CONFERENCE

     I have conferred with Robert W. Weber, counsel for Defendant, Janssen Pharmaceutica, L.P. and he is not opposed to this motion to dismiss certain plaintiffs.

        *Erin K. Corley*
        Erin K. Corley

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on this 2nd day of May, 2006, a true and correct copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system and via facsimile on:

Robert W. Weber
J. Michael Smith
Smith Weber, LLP
5604 Summerhill Road, Suite 3
Texarkana, Texas 75505
(903) 223-5656
FAX: (903) 223-5652

Thomas F. Campion
Drinker, Biddle & Reath, LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 360-1100
FAX: (973) 360-9831

Steven M. Selna
Drinker, Biddle & Reath, LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
(415) 591-7500
FAX: (415) 591-7510

           *Erin K. Corley*
           Erin K. Corley